UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HAI VAN NGUYEN<br>    Plaintiff | * | CIVIL ACTION |
| | * | NO. |
| VERSUS | | |
| | * | MAGISTRATE |
| CAPT. TRUONG PHI, INC. and<br>THE F/V CAPTAIN TRUONG PHI,<br>*IN REM* | * | JURY TRIAL REQUESTED |
|     Defendants | | |

* * * * * * *

## SEAMAN'S COMPLAINT FOR DAMAGES

**NOW INTO COURT,** through undersigned counsel, comes plaintiff, Hai Van Nguyen ("Nguyen"), a person of the full age of majority and resident of the State of Louisiana, who avers as follows:

I.

Made defendant herein is Capt. Truong Phi, Inc., a Louisiana corporation doing business in this District.

II.

Made defendant herein is F/V CAPTAIN TRUONG PHI, *in rem*, a fishing vessel in

commerce operating in navigable waters of this District (hereinafter the "Vessel").

III.

At all times pertinent hereto, Nguyen was acting in the course and scope of his employment as an employee of Capt. Truong Phi, Inc.

IV.

Jurisdiction is based upon 46 USCA §30104, commonly known as the Jones Act.

V.

Jurisdiction is also based on general maritime law. Nguyen invokes the maritime jurisdiction of this Court to the extent he can retain his right to a jury trial.

VI.

The accident made the basis of this litigation occurred in the navigable waters of this District.

VII.

Nguyen is a seaman and brings this action without prepayment of costs pursuant to 28 USCA §1916.

VIII.

At all times pertinent, Nguyen was a deck hand working aboard the Vessel.

IX.

On or about July 6, 2011, Nguyen went into the engine room of the Vessel to work on the hydraulic equipment, which was broken.

X.

While Nguyen was in the area of the hydraulic equipment, the captain of the Vessel started steering the boat which caused a piece of equipment to strike Nguyen violently in the chest.

XI.

Nguyen sustained serious injuries, including a pnuemothorax.

XII.

Nguyen had to be transported by U.S. Coast Guard helicopter from the Vessel to Terrebonne General Hospital in Houma, Louisiana. He remained in the intensive care unit for more than two weeks.

XIII.

Nguyen alleges the Vessel was unseaworthy and this unseaworthiness caused his injury.

XIV.

Nguyen alleges the employees of Capt. Truong Phi, Inc. were negligent in that the captain started operating the Vessel while Nguyen was in the vicinity of the Vessel's hydraulic equipment.

XV.

Nguyen sustained serious and disabling personal injuries and enumerates his damages as follows:

| | |
|---|---|
| General damages: | $ 500,000.00 |
| Lost wages, past & future: | $ 200,000.00 |
| Medical specials, past & future: | $ 400,000.00 |
| Total: | $1,100,000.00 |

XVI.

Nguyen alleges the defendants engaged in reckless and callous behavior by failing to seek immediate medical treatment for him, even though he had suffered life threatening injuries. Nguyen seeks punitive damages in the amount of ONE MILLION AND NO/100 ($1,000,000.00) DOLLARS.

XVII.

Nguyen exercises his right to a trial by jury on issues triable by jury.

**WHEREFORE**, plaintiff, Hai Van Nguyen, prays the defendants be duly cited and served with a copy of this complaint and after due proceedings had there be judgment herein in his favor and against defendants, Capt. Truong Phi, Inc. and the F/V CAPTAIN TRUONG PHI, *in rem*, jointly, severally and *in solido*, for all damages complained of herein, plus legal interest from date of legal demand until paid, for all costs of these proceedings and for all general and equitable relief.

Nguyen also seeks punitive damages in the amount of ONE MILLION AND NO/100 ($1,000,000.00) DOLLARS.

Plaintiff also prays for a trial by jury.

                              Respectfully submitted,

                              **KEVIN C. SCHOENBERGER**

By:   /s/ *Kevin C. Schoenberger*
       **KEVIN C. SCHOENBERGER (Bar No. 11813)**
       Attorney for Plaintiff, Hai Van Nguyen
       701 Poydras Street
       Suite 3770 - One Shell Square
       New Orleans, Louisiana 70139
       Telephone: (504) 525-1143
       Facsimile: (504) 587-0901
       E-mail address: KCSCHOENBERGER@gmail.com