UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HAI VAN NGUYEN | * | CIVIL ACTION |
| VERSUS | * | NO. 2:11-CV01826 |
| CAPT. TRUONG PHI, INC. and THE F/V CAPTAIN TRUONG PHI, *IN REM* | * | SECTION "N" |
| * * * * * * * * * * * * * * * | | MAGISTRATE (4) |

## O R D E R

**CONSIDERING THE FOREGOING** *Ex-Parte* Motion to Dismiss With Prejudice;

**IT IS ORDERED** that the claims of plaintiff, Hai Van Nguyen, against defendant, Joseph Minh Nguyen, are hereby dismissed with prejudice, each party to bear his own costs of litigation.

New Orleans, Louisiana, this 28th day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE